UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                           Case No.: 19-25767-EPK

CONNECT INSURANCE GROUP, INC.,                        Chapter 7

       Debtor.
_____/

**JOINT NOTICE OF SUBSTITUTION OF COUNSEL FOR CREDITORS
BAOPING LIU, CHANGYUE LIU, DAQIN WENG, FENG GUO, LI ZHANG,
LING LI, LIYAN FENG, MIN CUI, QINQYUN YU, SHAOPING HUANG, SHAOQING ZENG,
TINGTING SUN, TONGHUI LUAN, XIAO SUN, YAWEN LI, YI ZHAO, AND ZHENG YU**

       Michael D. Lessne and Nelson Mullins Riley & Scarborough, LLP doing business in Florida as Nelson Mullins Broad and Cassel ("Nelson Mullins"), on the one hand, and Tatiana Baranova, Esq. and Law Offices of Robert V. Cornish, Jr., PC, on the other hand, file this joint notice, pursuant to Local Rule 2091-1(B), and state:

       1.     Pursuant to Local Rule 2019-1(B), an attorney for a creditor seeking to withdraw from representing a client in a case or proceeding at a time when the client is represented by new counsel of record may file a joint notice with counsel seeking to be substituted as counsel of record for the client that contains a statement that the client has consented to the substitution.

       2.     Michael D. Lessne[1] and Nelson Mullins have been engaged in legal representation in this case as counsel for Baoping Liu, Changyue Liu, Daqin Weng, Feng Guo, Li Zhang, Ling Li, Liyan Feng, Min Cui, Qinqyun Yu, Shaoping Huang, Shaoqing Zeng, Tingting Sun, Tonghui Luan, Xiao Sun, Yawen Li, Yi Zhao, and Zheng Yu (collectively, the "Investment Creditors").

---

[1] Mr. Lessne no longer works as an attorney at Nelson Mullins.

3. Tatiana Baranova, Esq. and Law Offices of Robert V. Cornish, Jr., PC represent the Investment Creditors and seek to be substituted for Mr. Lessne and Nelson Mullins as counsel for of record for the Investment Creditors, so that Mr. Lessne and Nelson Mullins shall have no further participation and shall be relieved of all further responsibility in this case as counsel for the Investment Creditors, effective as of March 21, 2022.

4. Tatiana Baranova certifies that the Investment Creditors have consented to this substitution of counsel.

5. All further notices, pleadings, correspondence, orders, and documents directed to the Investment Creditors in this matter, including proofs of claim nos. 24, 25, 26, 27, 28, 289, 30, 31, 32, 34, 35, 36, 37, 38, 40, 41 and 43 shall be served upon Robert V. Cornish, Jr., Tatiana Baranova, Esq., and Law Offices of Robert V. Cornish, Jr., PC, 1395 Brickell Avenue, Suite 800, Miami, Florida 33131, Telephone: (305) 735-3450, Facsimile: (571) 290-6052, Primary Email: tbaranova@rcornishlaw.com.

**WHEREFORE**, the undersigned seek the entry of an Order (in the form attached) approving the withdrawal of Michael D. Lessne and Nelson Mullins as counsel for the Investment Creditors, approving the substitution of Tatiana Baranova, Esq. and Law Offices of Robert V. Cornish, Jr., PC as counsel for the Investment Creditors, providing that Mr. Lessne and Nelson Mullins shall be relieved of all further responsibility in this case as counsel for the Investment Creditors, all effective as of March 21, 2022, removing Mr. Lessne and Nelson Mullins from all service lists as counsel for the Investment Creditors and adding Tatiana Baranova, Esq. and Law Offices of Robert V. Cornish, Jr., PC as counsel for the Investment Creditors on all service lists and for notice purposes on proofs of claim nos. 24, 25, 26, 27, 28, 289, 30, 31, 32, 34, 35, 36, 37, 38, 40, 41 and 43 and for such other relief as is just and proper.

Respectfully submitted this 10th day of June, 2022.

| Nelson Mullins Riley & Scarborough, LLP<br>100 SE 3rd Avenue, Suite 2700<br>Fort Lauderdale, Florida 33394<br>Ph: (954) 764-7060<br>Fax: (954) 761-8135<br><br>/s/ Scott D. Knapp<br>Scott D. Knapp<br>Scott.knapp@nelsonmullins.com<br>Florida Bar No. 16688 | Michael D. Lessne P.A. doing business as Lessne Law<br>100 S.E. 3rd Avenue, 10th Floor<br>Fort Lauderdale, Florida 33394<br>Ph: 954-372-5759<br><br>/s/ Michael D. Lessne<br>Michael D. Lessne<br>michael@lessne.law<br>Florida Bar No. 738881 | Law Offices of Robert V. Cornish, JR., PC<br>1395 Brickell Avenue, Suite 800<br>Miami, Florida 33131<br>Telephone: (305) 735-3450<br>Facsimile: (571) 290-6052<br><br>/s/ Tatiana Baranova<br>Tatiana Baranova<br>tbaranova@rcornishlaw.com<br>Florida Bar No. 1030880 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.: 19-25767-EPK

CONNECT INSURANCE GROUP, INC.,                            Chapter 7

    Debtor.
_____/

**ORDER APPROVING JOINT NOTICE OF SUBSTITUTION OF COUNSEL FOR CREDITORS BAOPING LIU, CHANGYUE LIU, DAQIN WENG, FENG GUO, LI ZHANG, LING LI, LIYAN FENG, MIN CUI, QINQYUN YU, SHAOPING HUANG, SHAOQING ZENG, TINGTING SUN, TONGHUI LUAN, XIAO SUN, YAWEN LI, YI ZHAO, AND ZHENG YU**

    **THIS MATTER** having come before the Court without a hearing on the *Joint Notice of Substitution of Counsel for Creditors Baoping Liu, Changyue Liu, Daqin Weng, Feng Guo, Li Zhang, Ling Li, Liyan Feng, Min Cui, Qinqyun Yu, Shaoping Huang, Shaoqing Zeng, Tingting Sun, Tonghui Luan, Xiao Sun, Yawen Li, Yi Zhao, and Zheng Yu* (the "**Investment Creditors**") (ECF No. __) (the "**Notice**"), and the Court having noted the consent of the Investment Creditors,

    It is **ORDERED**:

    1.    The Notice is **APPROVED**.

2. The Court approves the withdrawal of Michael D. Lessne ("**Mr. Lessne**") and of Nelson Mullins Riley & Scarborough, LLP doing business in Florida as Nelson Mullins Broad and Cassel ("**Nelson Mullins**") as counsel for the Investment Creditors, effective as of March 21, 2022 (the "**Effective Date**").

3. Tatiana Baranova, Esq. and Law Offices of Robert V. Cornish, Jr., PC are approved and substituted for Michael D. Lessne and Nelson Mullins as counsel for the Investment Creditors, effective as of the Effective Date.

4. Mr. Lessne and Nelson Mullins are relieved of all further responsibility in this case as counsel for the Investment Creditors, effective as of the Effective Date, and shall be removed from all service lists as counsel for the Investment Creditors.

5. All future notice, correspondence, filings, and pleadings—specifically including proofs of claim nos. 24, 25, 26, 27, 28, 289, 30, 31, 32, 34, 35, 36, 37, 38, 40, 41 and 43 served on the Investment Creditors, Baoping Liu, Changyue Liu, Daqin Weng, Feng Guo, Li Zhang, Ling Li, Liyan Feng, Min Cui, Qinqyun Yu, Shaoping Huang, Shaoqing Zeng, Tingting Sun, Tonghui Luan, Xiao Sun, Yawen Li, Yi Zhao, Zheng Yu shall be directed to: Tatiana Baranova, Esq. and Law Offices of Robert V. Cornish, JR., PC, 1395 Brickell Avenue, Suite 800, Miami, Florida 33131, Telephone: (305) 735-3450, Facsimile: (571) 290-6052, Email: tbaranova@rcornishlaw.com. Mr. Lessne and Nelson Mullins are removed from the Investment Creditors' proofs of claim (claim nos. 24, 25, 26, 27, 28, 289, 30, 31, 32, 34, 35, 36, 37, 38, 40, 41 and 43) as the noticed parties and Tatiana Baranova, Esq. and Law Offices of Robert V. Cornish, Jr., PC are substituted in their place at the contact information listed above.

# # #

Submitted by: Tatiana Baranova, Law Offices of Robert V. Cornish, JR., PC, 1395 Brickell Avenue, Suite 800, Miami, Florida 33131; Telephone: (305) 735-3450; Facsimile: (571) 290-6052

[Ms. Baranova is directed to serve a copy of this Order on all interested parties listed and to file a certificate of service].